UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 3:20-cr-60/MCR

BRYANT MARSH
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, Bryant Marsh, to Counts One and Two of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this December 28, 2020.

__/s/ *M. Casey Rodgers*___
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**